```
___✓_FILED          ___RECEIVED
___ENTERED          ___SERVED ON
         COUNSEL/PARTIES OF RECORD

         DEC 15 2016

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRENDA OSULLIVAN<br><br>　　　　　Defendant. | 2:06-CR-210-LDG-LRL |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#445) on July 16, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WALMART
Amount of Restitution: $23,900.00

**Total Amount of Restitution ordered:** $23,900.00\*\*
\*\*Joint and Several with co-defendants

Dated this ___14___ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE